# ELECTRONIC RECORD

11 38·14

COA # 01-13-00140-CR      OFFENSE: THEFT

STYLE: AGBEZE, JAMES      COUNTY: Harris

COA DISPOSITION: AFFIRM      TRIAL COURT: 180th District Court

DATE: 07/25/2014      Publish: NO    TC CASE #: 1288928

## IN THE COURT OF CRIMINAL APPEALS

11 38·14

STYLE: AGBEZE, JAMES v.      CCA #: 11 38·14

_APPELLANT'S_ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

DISMISSED AS UNTIMELY      JUDGE: _____

DATE: 10/1/2014      SIGNED: _____    PC: _____

JUDGE: Per Curiam      PUBLISH: _____    DNP: _____

--------------------------

_APPELLANT'S_ MOTION FOR

_APPELLANT'S_ PETITION      REHEARING IN CCA IS: _denied Jan 14, 2015_

FOR DISCRETIONARY REVIEW      JUDGE: _PC_

IS _REFUSED_

DATE _November 19, 2014_

_____ JUDGE

## ELECTRONIC RECORD